# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

Korey Jones B-27009

_____

_____

*Plaintiff(s)*

v.

ANTHONY Wills, Kevin reichet
Warden Knust, Major Rathke,
Major Demond, Major Maclowhan,
Lt Lynch, LT Boyoteh, LT sulzer,
Sergeant Jones, LT. Dye, c/o chancler,
c/o wright, Major HeseMeyeh, Major Brown., LT.WiNE

*Defendant(s)*

SCANNED at MENARD and E-mailed
8/5/25 by JA 22 pages
Date    Initials    No.

Case Number: **25-1540-NJR**

(Clerk's Office will provide for **new** cases, if you are filing
in an existing case, write your case number)

☒ ORIGINAL COMPLAINT

☐ AMENDED COMPLAINT

> You are responsible for protecting sensitive information per Federal Rule of Civil Procedure 5.2. This means you should not file things like social security numbers, the year of a person's birth, or financial account information.

## I. JURISDICTION:

☐    I am suing for a violation of federal law under 28 U.S.C. § 1331:

☒ 42 U.S.C. § 1983 (state prisoners);
☐ *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971) (federal prisoners);
☐ 28 U.S.C. §§ 1346, 2671-2680 (Federal tort claims act).

☐    Other (provide an explanation):

## II. PARTIES:

**Plaintiff(s) (use extra pages if needed):**

Name: Korey JONES

Address: MENard C.C. P.O.Box 1000 MENard, IL 62259

Inmate ID Number: B-27009

Rev. 04/16/2025

**Defendants (use extra pages if needed):**

If you do not know the name of a defendant, assign them a generic name (John Doe 1, John Doe 2, Jane Doe 1). Give any information you have about them here. If you cannot provide identifying information, the Court will not be able to give you steps to try to identify the unknown person, and this party may be dismissed.

For example: Jane Doe 1, the nurse who passes out night-time medication. She is short and has red hair. I saw her at my cell on January 1, 2001.

**Defendant # 1:**

Name: Anthony Wills

Job: HEAD Warden

Address: 711 Kaskaskia st Menard, IL 62259

Additional info: He's African American (Black) HEAD Warden.

**Defendant #2:**

Name: Kevin Reichert

Job: Assistant Warden

Address: 711 Kaskaskia st Menard, IL 62259

Additional info: _____

**Defendant #3:**

Name: Mrs/Ms. KNUst

Job: Warden of Program

Address: 711 Kaskaskia st Menard, IL 62259

Additional info: She's of female; she is the 3rd warden Here.

Rev. 04/16/2025

Defendant #4

NAME:   Last NAME "DEMOND"
Job:   Major
Address: 711 Kaskaskia st Menard, IL 62259
Additional info: At this current time he is the Active
   Major of the restrictive housing unit. But he could be
moved.

NAME:

DefenDANt #5   Last Name Rathke
Job: Major
Address: 711 Kaskaskia st Menard, IL 62259
Additional info: At this current time he is the
   Top Major as well as the 1st shift, shift Commander,
inless he's moved.

DefenDANt #6     NAME:
            LAST NAME: Maclanshan
   Job: Major
Address: 711 Kaskaskia st Menard, IL 62259
Additional info: He was the Major of Notth 2
the restrictive housing unit. He know longer has
the Restrictive housing unit.

Defendant #7                    NAME:
                         Last NAME: Brown
    Job: MAJOR
    Address: 711 Kaskasia st, MeNard, IL 62259
    Additional info: He Does Not have the restrictive
Housing unit No More, he May have retired or just moved
to another cell house

Defendant #8                    NAME:
                    Last NAME: HaseMeyer
       Job: Major
    Address: 711 Kaskasia st, MeNard, IL 62259
    Additional info: He Use to have the Restrictive
Housing unit, he Now is on the MSU.

                              NAME:
Defendant #9          Last NAME:  Dye
        Job: Lieutant
    Address: Illinois Department of Corrections
             1301 Conscordica Cosrt, P.O. Box 19277
                         SpriNgfield, IL 62794-9277
Additinal info: He TransferD
NAS Menard North 2        facilities
Lieutant                              NAME:
Defendant #10          Last Name: LyNch
      Job: Lieutant
    Address: 711 Kaskasia st, MeNard, IL 62259
      Additinal info: Hes the current Lieutant of
    the restrictive housing unit.

DefenDant #11              NAME:
                    Last NAMe: Royster
    Job: Lieutant
    Address: 711 Kaskaskia st MeNard, IL 62259


DefeNDant #12            NAME:
                Last Name: Sulser
        Job: Lieutant
        Address: 711 Kaskaskia st MeNard, IL 62259


                    NAME:
Defendant #13      Last NAME:   ChandleR
        Job: CorrectioNal officeR
        Address: 711 Kaskaskia st MeNard, IL 62259
        Addiontal iNfo: cutreNtly works 1st shift, and
        is the 5 Day officer oN 8-gallery iN the
        restrictive HousiNg uNit.
                        NAME:
Defendant #14        Last NAME: Wright
        JOB: CorrectioNal officer
        Address: 711 Kaskaskia st MeNard, IL 62259
        Additional info: works 1st shift, Hes white: grey
        Hair, works 8 gallery Restrictive HousiNg uNit
        some Days wheN c/o chandleR DoNt work.

Defendant #15        Name:
                Anthony Jones
Job:        Sergeant
Address: 711 Kaskaskia st Menard, IL 62259
Additional info: He's the Restrictive Housing Unit
5 Day Active Sergeant.
                        Name
Defendant #16    Last Name: WINE
    Job:            Lieutant
Address: 711 Kaskaskia st Menard, IL 62259
    Additional info: 5 Day Lieutant is North 2 Now

## III.    PREVIOUS LAWSUITS

1# ssit

A.    Have you begun any other lawsuits in federal court while you were in prison or jail (during either your current or a previous time in prison or jail)?

☒Yes ☐No   3, this a be my forth

B.    Answer the following questions about **ALL** past federal lawsuits. **FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION**. (Use extra pages if needed)

1.    Case name, case number, and Court:

Korey Jones vs Susan Prentice  1:16-CV-01335HAC
U.S. District Court, central District of Illinois,

2.    What was it about:

8th Amendment violations

3.    What happened (was it dismissed, did it go to trial, was it settled):

It was setteled

4.    Did you get a "strike" for this case? (You get a strike under 28 U.S.C. § 1915(g) if a case was dismissed for failure to state a claim, or as frivolous or malicious).  NO It was setteled

2# ssit

NAME of case:

1) Korey Jones vs. Steven campbell
U.S District Court, central District
of Illinois,        3:25-CV-03032-SLD

what was It About

2) Due process 14th Amendment violation;
8th Amendment violation

3) What happend
Case is still Pending.

Rev. 04/16/2025

3# suit

1) NAME of case:
Korey Jones Vs. Julie Globokary
U.S. District court, Central District of Illinois
3:25-CV-03042MMM

What was it for?
2) 14 Amendment violation ; 8th Amendment violation

3) What happen in This case: I ~~~~ Drop this case my self.

## IV.    GRIEVANCE PROCEDURE[1]

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                                    ☒ Yes    ☐ No

C.    Has the grievance been returned from the highest or last level of review?
                                                                          ☒ Yes ☐ No

I have it iN My cell Nowi "each grievance".

D.    If your answer is NO, explain why not.  Did you do anything other than a grievance to alert prison authorities to the problem?

E.    If you are a **federal inmate**, attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

---

[1] Individuals in custody must try to exhaust their claims in the grievance process before filing a federal lawsuit.  If you do not complete the exhaustion process before you file this lawsuit, your case may later be dismissed.  *See e.g.*, 42 U.S.C. § 1997e(a) (no action shall be brought until available administrative remedies are exhausted); 28 U.S.C. § 2675(a) (the administrative process must be fully exhausted before claims may be brought in federal court).
Rev. 04/16/2025

## V.    STATEMENT OF CLAIM:

**Using the space below describe how your constitutional rights were violated (extra pages are _strongly_ discouraged):**

**DO:** Write a **short** statement of what happened with neat handwriting. Explain **who** violated your rights, **what** each defendant personally did, **when** they did it, **where** they did it, and **why** they did it (if you know why).

**DO NOT:** Do not make legal arguments or give citations. Do not include evidence or exhibits. You will have a chance later in the case to give evidence and to make arguments. Do not combine multiple claims that are not related.[2]

1) August 21 2024 i was Transferd to Menard Correctional Center from Graham C.C. I was taken to the Segregation Unit Now Known As the restrictive Housing Unit. To serve 1 year Segregation. I was Placed in cell No. 8-53

2) After 30 Days No yard or recreation, i began writting the Wardens. I wrote each Wardens Sills, Reichet, and Knust, over 5 times each. None ever responded, Concerning My recreation or out of cell time.

3) I then started writting the Majors who was assigned to the restrictive Housing

---

[2] The Court is not required to allow you to join multiple claims in a single case. The Federal Rules of Civil Procedure 18-21 control joinder of claims and parties. It is possible if you present many claims or claims that are not related, that the Court will ask you for an amended complaint or it will divide your claims into separate cases.
Rev. 04/16/2025

Unit, I got no answer, But i Did catch Major Denord And he said, just like Majors before him MacLashan, Major Hasemeyer, and Major Brown, Restrictive Housing has Nothing coming.

4) I've been Able to personally stop the cell House Lieutants, I asked LT. Sulser when he walked the gallery, about yard, he clearly said "As of right Now this unit has No yard. When i was being seen by a psych Doctor, I seen LT. Dye, I asked him when can i go to yard its been months? ive Not be offord No recreation of No Kind, He said At this current moment, No one gets rec in the restrictive Housing unit.

5) I've been Able to personally stop LT. Royster when he walks the gallery and tells us to take our lines And curtains Down, I asked him, why havent i been given any type of rec, ive been back here for Months! His respond was, we Dont run this house to yard

Rev. 04/16/2025

6) LT. LYNCH He was escorting the Med-tech Around 1ᵖᵐ between June 16ᵗʰ & June 21ˢᵗ 2025, I told him ive Not had yard, or No form of recreation since I been in this unit which was 10 months. He told Me... Write A Grievance. Which I Did.

7) Ive been Able to talk to Sergeant Jones Several times, When i ask him why ive Not being offered yard, he say's its Not happening over here, we got other stuff to run"

8) I wrote Mayor Brown, Mayor Maclashan, Mayor NaseMeyer, And even Mayor Rathke who is the Shift commander. I know they got it, cause. My counselor ceere. told Me Mayor Rathke said "No yard Fight A Grievance" LT. WINE told He on 8-Gallery yard is Not top priority.

9) Camera footage will show ive Never been asked for yard, or ever taken to yard. Its been ~~Dong~~ 11 "months ~~xxxxx~~ Still No recreation or yard. Then they have Put Plexi Glass all over My cell with metal, IM truly in a Dog Kennel. Ive became Delusional,

Rev. 04/16/2025

10) May 16th 2025, oN camera footage oN 8 gallery Restrictive HousiNg UNit, you can see me throwing feces, ANd yelling that i hear voices. I Now see aNd hear things that's Not there, I have bed sores, ANd body cramps from lack of excersice. ANd Now i have severe back paiN, oN Top of this my cell Now has No working cell water

11) The iNdivisuals who help Me file this, Say My 8th AmeNdmeNt rights has been violated.

12) IM suing each DefeNdant iN there iNdivisual, and offical capacity, and they all acted uNder the color of state law.

13) IM suing for the lack of exercise/ Recreation which falls under living coNditioNs, These living coNditioNs are insurvane, Its beeN 2 suicide Deaths iN this UNit iN the last 60 Days. No out of cell time, ANd these cells are beyond small 4x9,,,

Turley v, Lashbrook No, 08-07 (S.D. Ill september 26, 2018)

Seats v, Wills 25-cv-00122-SMY (S.D. Ill, Apr 07, 2025

IM Also oN the MeNtal Health Case load

STATE OF ILLINOIS            )
                            ) SS
COUNTY OF _randolph_        )

## AFFIDAVIT

I, _Kendall Gunn #m12725_ being first duly sworn upon my oath depose and state that the following matters are both true and correct made upon personal knowledge and belief, and if called as a witness, I am competent to testify thereto: _____

I've been in restrictive housing for 16 months, and have not been offered No yards or out of cell time. I haven't been offered any recreational time out of the cell and its taken on terrible and negative effect on my mental state.

Subscribed and sworn to
before me on the 26 day
of _June_, 2026

_Rosalynn R. McClure_
NOTARY PUBLIC

Respectfully submitted,

_Kendall Gunn #m12725_

OFFICIAL SEAL
ROSALYNN R MCCLURE
Notary Public, State of Illinois
Commission No. 989045
My Commission Expires
April 02, 2028

## VI.    REQUEST FOR RELIEF

State exactly what you want this court to do for you.

$1 million Dollars in compenstory and punitive Damages,
AND
A Injuncation relief ordering Menard C.C. to give
Restrictive housing Unit a yard or recreational schedule,
Where we Are recieuing the 5
Hours we post to recieve.

## VII.    JURY DEMAND (check one box below)

The plaintiff ☒ does  ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions. Additionally, I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  28 U.S.C. § 1746.

Signed on:  7-16-2025
(date)

MENard C. C.
P.O. 1000
Street Address

MeNard, IL 62259
City, State, Zip

Korey Jones
Signature of Plaintiff

Korey Jones
Printed Name

B-27009
Prisoner Register Number

Rev. 04/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Jones, Korey

Name

R27009

ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1    Is this a new civil rights complaint or habeas corpus petition?        Yes or (No)

*    If this is a habeas case, please circle the related statute:    28 U.S.C. 2241 or 28 U.S.C. 2254

2    Is this an Amended Complaint or an Amended Habeas Petition?        Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

3    Should this document be filed in a pending case?        Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here: _____

4.    Please list the total number of pages being transmitted:        22

5.    If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 23 pages.

| Name of Document | Number of Pages |
|---|---|
| Complaint | 22 |
|  |  |
|  |  |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.  Discovery materials sent to the Court will be returned unfiled.